UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 2:18-CR-21-8 |
| DEMETRIUS BRINKLEY, | Chief Judge Theresa L. Springmann |
| | Magistrate Judge Andrew P. Rodovich |
| Defendant. | |

### MOTION FOR LEAVE TO APPEAR TELEPHONICALLY

Counsel for Defendant Demetrius Brinkley respectfully requests leave to appear telephonically for the final pretrial conference scheduled for September 13, 2019.

Trial in this matter is scheduled for October 7, 2019, and is expected to last several weeks. *See* [256]. There are currently seven defendants set for trial. The final pretrial conference is scheduled for September 13, 2019. *See* [256]. Counsel, however, has a preexisting out-of-state conflict from September 11th to September 16th for which nonrefundable air travel has already been purchased. Counsel's co-counsel, Andrew Finke, is also scheduled to be out of the country for his honeymoon on that date.

Counsel has conferred with co-defendants' attorneys regarding the possibility of rescheduling the conference by agreement. Counsel for co-defendant Devontae Hodge, however, has indicated that he would be unable to agree to moving the conference due to out-of-state co-counsel traveling in for the conference.

Consequently, to minimize the any potential scheduling disruption for the other attorneys in this case due to a request to move the conference, counsel requests leave of court to participate in the final pretrial conference telephonically.

                                              Respectfully submitted,

                                              s/ James G. Vanzant
                                              Attorney for Defendant

James G. Vanzant, Esq.
BLAINE & VANZANT, LLP
922 Davis Street
Evanston, Illinois 60201
Tel.: (312) 788-7584
Email: jgv@blainevanzant.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing document was filed and served on all counsel of record via the Court's CM/ECF system.

s/ James G. Vanzant